IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.  4:16CR00197-1

CORDALE MCDANIEL

## ORDER

Pending is the Defendant's motion to clarify his sentence and run his federal sentence concurrently with a state sentence. Docket # 34. The motion is DENIED. Based on information received from the Bureau of Prisons, on May 21, 2018, the Defendant was sentenced by the State of Arkansas to a 10-year term of imprisonment in Pulaski County Circuit Court Case Number 60CR-15-1117 for Robbery. This Court's 57-month sentence imposed on August 10, 2017 for Felon in Possession of a Firearm was to run consecutively to the state term.

IT IS SO ORDERED this 28th day of April, 2021.

_____
James M. Moody Jr.
United States District Judge