IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                          4:16-CR-00197-JM

CORDALE MCDANIEL

### ORDER

Defendant's Motion to Reduce Sentence is (Doc. No. 50) is DENIED, as is the request for appointment of counsel.

Defendant argues that his § 922(g)(1) conviction is unconstitutional after the United States Supreme Court ruling in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*.[1]  However, "to the extent that the right recognized in *Bruen* is a previously unavailable, new rule of constitutional law, *Bruen* has not been made retroactive to cases on collateral review by the Supreme Court."[2]

IT IS SO ORDERED this 20th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] 142 S. Ct. 2111 (2022).

[2] *In re Terry*, No. 22-13615-C, 2022 WL 20033240, at *2 (11th Cir. Nov. 14, 2022).